963 A.2d 904

**UNION BOILER WORKS, INC.,**

**v.**

**Eileen AUGUSTINE, et al.**

**Petition of Eileen Augustine.**

**No. 148 EM 2008.**

Supreme Court of Pennsylvania.

Dec. 17, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December, 2008, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**